Order entered February 8, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01630-CV

### CLIFTON ALLEN, ET AL., Appellants

### V.

### BANK OF AMERICA, N.A., Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-04878-B**

## ORDER

We **GRANT** the motion filed by Lanetta Williams, Official Court Reporter for County Court at Law No. 2 of Dallas County, Texas, for an extension of time to file the reporter's record. The reporter's record shall be filed on or before March 4, 2013.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE